FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 SEP 17 AM 10: 29

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. _____

___JOSEPH  LOUIS  DURAN_____, Plaintiff,

V.

Young Chan Shin, Reg. Number: 55034: Colorado Public Defender Office, Ararapahoe County, Attorney

Jake Adkins, {Reg. No. NO FINDINGS – Colorado Supreme Court} District Attorney Office, Arapahoe County, Actor,

Ronda Hahn, {Reg. No. NO FINDINGS – Colorado Supreme Court} District Attorney Office, Arapahoe County, Actor,

Chantel Elizabeth Contiguglia, Reg. Number: 39054: , Arapahoe County, Municipal Court Judge,

Mariah Cherrile Markus, Repeated Accuser

Reserved_____,

Reserved_____,

Reserved_____, Defendants(s)

## CIVIL RIGHTS COMPLAINT

1

### A. Parties

1. Joseph Louis Duran: 845 E. 18th. Ave, Denver. CO. 80218

2. Young Chan Shin: 13356 E Briarwood Ave, Centennial, CO, 80112-6914 - Arapahoe Office of The Co State Public Defender

3. Jake Adkins, Arapahoe County: Office of the District Attorney 6450 S. Revere Parkway Centennial, CO 80111 Phone: 720-874-8500 Fax: 720-874-8501

4. Ronda Hahn, Arapahoe County: Office of the District Attorney 6450 S. Revere Parkway Centennial, CO 80111 Phone: 720-874-8500 Fax: 720-874-8501

5. Chantel Elizabeth Contiguglia, **Arapahoe County Justice Center Room 4a** 7325 S. Potomac Street, Centennial, CO 80112

6. Mariah Cherrile Markus, Prosecution not providing information

7. Reserved

8. Reserved

9. Reserved

### B. Jurisdiction

I assert jurisdiction pursuant to the following alternative statues: 1st, 5th, 6th, 8th, 14th, amendments of the United States Constitution.

### C. Nature of the Case

At this time, dates and other important information are withheld from the accused in this matter. Continues...

1. Approximately mid October 2020, Plaintiff did fire Public Defender Shin (Hereinafter, (PD)) during a phone conversation.

2. Approximately mid October 2020, Plaintiff did fire (PD) under Court Record.

3. Plaintiff did repeatedly state to Court Judge Elizabeth Contiguglia (Hereinafter, (Judge)) Court Room 4A throughout court dates.

4. (Judge) did ignore the Plaintiff, Joseph Duran on this day and all following court dates.

5. Plaintiff did repeatedly state to (PD)'s supervisor throughout court dates stated in line 1 of section C.

6. Approximately, December 2020, (PD) did summit a Motion for Competency Hearing to this same Court.

7. (Judge) did rule in favor of (PD) as stated in stated in line 6 of section C. (See: Attachment)

8. (Judge) did order the arrest warrant of Plaintiff after Plaintiff did exercise the Right to Remain Silent.

9. (Judge) did order the a No Bond Hold in the Jail until Plaintiff did talk to Mental Health Evaluator (unknown) after Plaintiff did exercise the Right to Remain Silent.

10. Plaintiff did remain in the Jail for (3) three weekends until a Mental Health Evaluation.

11. Reserved for Addendum

## CLAIMS

3

All Claims reserved for appropriate discovery.

## REQUEST FOR RELIEF

REQUEST FOR RELIEF reserved for appropriate discovery.

## QUESTION OF LAW

QUESTION OF LAW reserved for appropriate days to perfect the Civil Rights Violations.

Respectfully Submitted,

*/s/ J. Duran*

Joseph Louis Duran, September 16, 2021