IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02530-NYW

JOSEPH LOUIS DURAN,

    Plaintiff,

v.

YOUNG CHAN SHIN,
JAKE ADKINS,
RONDA HAHN,
CHANTEL ELIZABETH CONTIGUGLIA, and
MARIAH CHERRILE MARKUS,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge's Recommendation of United States District Judge Nina Y. Wang entered on July 13, 2023 [Doc. 10], it is

ORDERED that the Recommendation of United States Magistrate Judge S. Kato Crews [Doc. 7] is ADOPTED. It is

FURTHER ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to prosecute or timely serve Defendants. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated at Denver, Colorado this 13th day of July, 2023.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      By: s/Emily Buchanan
                                      Emily Buchanan, Deputy Clerk